UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-cr-00042-RLY-CSW |
| | ) | |
| MATTHEW ALLEN GREEN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 16, 2026, and March 31, 2026, the Court held hearings on the

Petition for Warrant for Offender Under Supervision filed March 12, 2026. (Docket.

No. 61).  Defendant Matthew Allen Green appeared in person with his retained

counsel John Brinson.  The government appeared by Jeremy Kemper, Assistant

United States Attorney.  U. S. Probation appeared by Officer Allie Cole.

This matter was referred to the Magistrate Judge to conduct a hearing and

make a report and recommendation as to the disposition. (Docket No. 65). The

defendant was advised that the District Judge is not bound to accept the Report and

Recommendation.

The Court conducted the following procedures in accordance with Fed. R.

Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.     The Court advised Defendant Green of his rights and provided him

with a copy of the petition.  Defendant orally waived his right to a preliminary

hearing.

2. After being placed under oath, Defendant Green admitted that he was indeed in violation of the condition identified in violation number 1. (Docket No. 61). The government withdraws violation numbers 2, 3 and 4.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **"You shall not unlawfully possess a controlled substance."** Mr. Green admitted that he was in possession of a substance in violation of the condition. |

4. The parties stipulated that:

(a) The highest grade of violation is a Grade **B** violation.

(b) Defendant's criminal history category is **VI**.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **21 to 24** months imprisonment.

5. The parties jointly recommended a sentence below the guideline range of fifteen (15) months with one (1) year of supervision to follow, including an additional condition.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a

period of fifteen (15) months with one (1) year of supervision, upon release from imprisonment, under the same conditions as previously imposed with the following additional condition as defined in the Revocation Parameters Worksheet:

- **18.** You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program. Justification: Based on the offender's unlawful conduct, this condition is meant to address the offender's cognitive treatment needs in the most efficient manner.

Defendant reviewed the foregoing additional condition and indicated understanding and assent to the additional condition.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties elected to waive the fourteen-day period to object to the Report and Recommendation.

Date:  April 1, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.